SACCHETTA & BALDINO
By: Gerald B. Baldino, Jr., Esquire
Attorney I.D. No. 55624
308 East Second Street
Media, PA 19063
610-891-9212                                             Attorney for Plaintiff

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRIEN POWELL, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.  21-4866 |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| BERKELEY TRACE 2019, LLC, ET AL. | : | |
| | : | |
| Defendants | : | |

**PRAECIPE TO  SETTLE, DISCONTINUE & END**

TO THE PROTHONOTARY:

    Kindly mark the record in the above case "**SETTLED, DISCONTINUED AND ENDED**,".

                                Respectfully submitted

                                SACCHETTA & BALDINO

Date: January 11, 2022          By:     */s/ Gerald B. Baldino, III*
                                                        Gerald B. Baldino, III
                                                        Attorney for Plaintiff