IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRIEN POWELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-4866 |
| | : | |
| **BERKELEY TRACE 2019, LLC,** *et al.* | : | |

## ORDER

**AND NOW**, this 11th day of January 2022, upon considering Plaintiff's Praecipe to mark the case settled, discontinued and ended (ECF Doc. No. 3), construing it as a voluntary dismissal before the Defendants filed an answer or moved for summary judgment under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is **ORDERED**:

1. This action is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(1)(A)(i); and,

2. The Clerk of Court shall mark this matter **CLOSED**.

**KEARNEY, J.**